UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. No. 1:10-CR–48-03-SM |
| **RAUL POSADAS,** ) | |
| ) | |
| **Defendant.** ) | |

### PRELIMINARY ORDER OF FORFEITURE

1. The defendant, Raul Posadas, has pleaded guilty to Count One of the Superseding Criminal Information charging Conspiracy to Distribute Oxycodone and Cocaine in violation of 21 U.S.C. § 846, Count Two of the Superseding Criminal Information charging Possession of Oxycodone with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1), Count Three of the Superseding Criminal Information charging Possession of Cocaine with Intent to Distribute also in violation of 21 U.S.C. § 841(a)(1), and Count Four of the Superseding Criminal Information charging Possession of a Firearm in Relation to a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c).

2. As part of his Plea Agreement, the defendant has agreed to the forfeiture of the following assets, listed in section four of the plea agreement :

   (A) twenty-seven thousand six hundred seventy-six and no/00 ($27,676.00) seized from 94 Belmont Street, Manchester, New Hampshire, on February 18, 2010;

   (B) three thousand two hundred sixty three and no/00 dollars ($3,263.00) seized from the person of Raul Posadas a/k/a/ "Rudy," on February 18, 2010;

   (C) one 1995 Chevrolet Corvette (Vehicle Identification Number 1G1YY22P8S5118720 and New Hampshire vehicle registration number

        2833041) seized at 94 Belmont Street, Manchester, New Hampshire, on February 18, 2010; and

    (D)    two Hi Point Model C9 9 mm pistols with obliterated serial numbers seized from 94 Belmont Street, Manchester, New Hampshire on February 18, 2010.

    3.    Based upon the provisions of the Plea Agreement, the assets, listed in paragraph two, above, shall be forfeited pursuant to 21 U.S.C. section 853(a)(1) and (2), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

IT IS ORDERED that all of the defendant's right, title and interest in the following assets is hereby forfeited to the United States:

    (A)    twenty-seven thousand six hundred seventy-six and no/00 ($27,676.00) seized from 94 Belmont Street, Manchester, New Hampshire, on February 18, 2010;

    (B)    three thousand two hundred sixty three and no/00 dollars ($3,263.00) seized from the person of Raul Posadas a/k/a/ "Rudy," on February 18, 2010;

    (C)    one 1995 Chevrolet Corvette (Vehicle Identification Number 1G1YY22P8S5118720 and New Hampshire vehicle registration number 2833041) seized at 94 Belmont Street, Manchester, New Hampshire, on February 18, 2010; and

    (D)    two Hi Point Model C9 9 mm pistols with obliterated serial numbers seized from 94 Belmont Street, Manchester, New Hampshire on February 18, 2010.

IT IS FURTHER ORDERED that this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment, pursuant to Rule 32.2(a)(3).

The Clerk shall send copies of this Preliminary Order of Forfeiture to the United States Attorney's Office, the United States Probation Office and counsel for all parties, and shall send four Certified Copies of this Preliminary Order of Forfeiture to the United States Attorney's Office.

Entered this __17__ day of __March__, 2011

_____
United States Chief Judge